IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

JOSH KAYSER, DEREK ANDERSON,          §
MIKE BARBAN, MARTY BETHEL,            §
BRIAN BREWER, CARRIE EAGAN,           §
JOHN EALES, ERIC EPPERSON,            §
JEFF HAYES, DONALD HOLLINS,           §
JAMES KEDLEY, JAMES KOWITZ,           §      Civil Action No. _4:10-cv-1495_
RYAN LANDES, SEAN LEONARD,            §
PATRICK MARSDEN, MIKE PIPKIN,         §
CHAD SKAGGS, JEFF WALTERS,            §
SHANE WARE, and BOB WUEST,            §
On Behalf of themselves and other persons §
similarly situated,                   §
              Plaintiffs,             §
                                      §
vs.                                   §
                                      §
SOUTHWEST BELL TELEPHONE              §
COMPANY,                              §
              Defendant               §

EXHIBIT A

Named Plaintiffs' Consents to Sue

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.

Josh Kayser

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.

Derek Anderson

## <u>CONSENT TO SUE</u>

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.

Mike Barban

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.

Marty Bethel

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.

Brian Brewer

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.


Carrie Eagan

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.


John Eales

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.


_____

Eric Epperson

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.


Jeff Hayes

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.


Donald Hollins

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.


James Kedley

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.

James Kowitz

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.

Ryan Landes

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.


Sean Leonard

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.

_____
Patrick Marsden

## <u>CONSENT TO SUE</u>

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.


Mike Pipkin

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.

_____

Chad Skaggs

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.


Jeff Walters

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages, in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.


_____

Shane Ware

## CONSENT TO SUE

Pursuant to the Fair Labor Standards Act, 29 U.S.C. 216 (b), I hereby give my consent to be a party plaintiff in a collective action lawsuit to be filed in the U.S. District Court for the Eastern District of Missouri against Southwestern Bell Telephone Company claiming violations of the Fair Labor Standards Act in the failure to properly calculate and pay overtime wages; in which the plaintiffs will be represented by attorneys David Van Os of San Antonio, Texas and Arthur J. Martin of St. Louis, Missouri.

Bob Wuest