# EXHIBIT A

## NOTICE TO POTENTIAL CLASS MEMBERS

**To**: All Current and Former Premises Technicians Employed by Southwestern Bell Telephone Company a/k/a AT&T Southwest Who Have Served as Union Stewards or Representatives

**From**: David Van Os, Attorney;   Matt Holder, Attorney; and Loretta Haggard, Attorney

**Re**: Fair Labor Standards Act Claims Against Southwestern Bell Telephone Company a/k/a AT&T Southwest

---

### 1. Purpose of Notice

This Notice is to inform you about a lawsuit in which you are potentially eligible to participate; how your rights under the Fair Labor Standards Act ("FLSA") may be affected by this lawsuit; and to inform you of how to join in this lawsuit, should you choose to do so.

You have been sent this Notice because there is reason to believe that sometime during the period from August 12, 2007 to the present you were employed by Southwestern Bell Telephone Company as a Premises Technician and served as a Union steward or representative. Thus, if you presently or have previously worked as a Premises Technician and served as a Union steward or representative, you may be "similarly situated" to the Plaintiffs and may participate in this lawsuit if you timely opt in and consent to join this action.

This Notice is only for the purpose of determining the identity of those persons who wish to be involved in this action. This Notice does not mean that you have a valid claim or that you are entitled to any monetary recovery. Any such determination must still be made by the court.

### 2. Description of the Lawsuit

A lawsuit has been brought by Josh Kayser, Derek Anderson, Mike Barban, Marty Bethel, Brian Brewer, Carrie Eagan, John Eales, Eric Epperson, Jeff Hayes, Donald Hollins, James Kedley, James Kowitz, Ryan Landes, Sean Leonard, Patrick Marsden, Mike Pipkin, Chad Skaggs, Jeff Walters, Shane Ware, and Bob Wuest (hereinafter referred to as the "Plaintiffs") against Southwestern Bell in the United States District Court for the Eastern District of Missouri, Eastern Division (Case No. 4:10-cv-01495-CDP).

The lawsuit alleges that Southwestern Bell violated the Fair Labor Standards Act by failing to count as part of the 40 hours in a workweek to trigger overtime pay the Company-paid time spent by Premises Technicians serving as Union representatives in various representational meetings and activities.

The FLSA requires that an employer pay overtime compensation for all hours over forty hours per week that an employee works, and the employer must compensate the employee at the rate of one-and-one-half times his or her regular hourly rate, subject to certain exceptions.

Plaintiffs are suing to recover overtime compensation for the period from August 12, 2007 to the present for themselves and for similarly situated individuals for the period from August 12, 2007 to the present, as well as liquidated damages, costs, and attorneys' fees.

You may be entitled to sue for overtime compensation and liquidated damages in the following situations.

If you were a Premises Technician and participated as a Union representative in grievance meetings during the period of time from August 12, 2007 to the present, you may be entitled to back pay and liquidated damages if the Court rules that you were entitled to overtime pay under the FLSA for which you were not paid.

If you were a Premises Technician and participated as a Union representative in charitable activities such as United Way, March of Dimes, blood drives, or similar joint labor-management charitable work during the period of time from August 12, 2007 to the present, you may be entitled to back pay and liquidated damages if the Court rules that you were entitled to overtime pay under the FLSA for which you were not paid.

If you were a Premises Technician and participated as a Union representative in disciplinary meetings, investigatory meetings where management requested the presence of a Union representative, miscellaneous meetings where management requested the presence of a Union representative, or other management-initiated meetings during the period of time from August 12, 2007 to April 2010, you may be entitled to back pay and liquidated damages if the Court rules that you were entitled to overtime pay under the FLSA for which you were not paid. (Note: the Company corrected a system error in April 2010, after which all time spent as a Union representative in disciplinary meetings, investigatory meetings where management requested the presence of a Union representative, miscellaneous meetings where management requested the presence of a Union representative, and other management-initiated meetings has been counted toward the 40 hours for triggering overtime.)

### 3. Who is Sending this Notice

We are the attorneys representing the Plaintiffs and other potential class members who timely consent to join this lawsuit. Attorneys David Van Os and Matt Holder are from the law firm of David Van Os & Associates, P.C., Austin, Texas. Attorney Loretta Haggard is from the law firm of Schuchat, Cook & Warner, St. Louis, MO. We prepared and sent this Notice to you.  Although the judge in this case allowed us to send you this Notice, the judge has expressed no opinion about the Plaintiffs' claims, defenses or whether the Plaintiffs or any other employees are entitled to recover monies in this action.

### 4. Your Right to Participate in This Suit

If you believe that Southwestern Bell has failed to properly compensate you with overtime compensation under the circumstances described in this Notice, you have the right to participate in this lawsuit. To do this, you must sign, date, and mail the attached Consent to Become Party Plaintiff form to Plaintiffs' attorney (see Section 5 below). It is your own decision whether to participate in this lawsuit. You are not required to take any action unless you so desire, and you are NOT required to pay any money to participate.

### 5. How and When to Join This Suit

Enclosed you will find a Consent to Become Party Plaintiff Form ("Consent Form"). If you choose to join this lawsuit, and thus participate in any recovery that may result from this lawsuit, it is extremely important that you read, sign, and return the Consent Form. The Consent Form is pre-addressed and postage-paid for your convenience. Should the enclosed form become lost or misplaced, please contact Plaintiffs' lawyers listed under Section 9 of this Notice.

The signed Consent Form must be postmarked by _____, 2013. If your signed Consent Form is not postmarked by _____, 2013, you will not participate in any recovery obtained against Southwestern Bell in this lawsuit.

It also is very important that you return the Consent Form as early as possible because the statute of limitations clock is running as to how far back you may be eligible for unpaid overtime compensation. Thus, if you decide to join the lawsuit, the longer you take to return the form, the more likely it is that the amount of your potential recovery will be reduced, especially if you no longer work for Southwestern Bell.

If you have any questions about filling out or sending in the Consent Form, you may contact Plaintiffs' lawyers listed on page four of this Notice.

### 6. Retaliation Prohibited

The law prohibits anyone, including your employer, from discriminating or retaliating against you for taking part in this case or because you have exercised your rights under the Fair Labor Standards Act.

### 7. Effect of Joining This Suit

If you choose to join in this lawsuit, you will be bound by the judgment, whether it is favorable or unfavorable. You will also be bound by, and may share in, any settlement that may be reached on behalf of the class. You also may be required to cooperate in discovery and may be required to respond to written questions, sit for depositions or testify in court.

By joining this lawsuit, you designate the representative Plaintiffs, Josh Kayser, Derek Anderson, Mike Barban, Marty Bethel, Brian Brewer, Carrie Eagan, John Eales, Eric Epperson, Jeff Hayes, Donald Hollins, James Kedley, James Kowitz, Ryan Landes, Sean Leonard, Patrick Marsden, Mike Pipkin, Chad Skaggs, Jeff Walters, Shane Ware, and Bob Wuest, as your agents to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of a settlement agreement, the entering of an agreement with Plaintiffs' lawyers concerning fees and costs, and all other matters pertaining to this lawsuit. The decisions and agreements made and entered into by the representative Plaintiffs, Josh Kayser, Derek Anderson, Mike Barban, Marty Bethel, Brian Brewer, Carrie Eagan, John Eales, Eric Epperson, Jeff Hayes, Donald Hollins, James Kedley, James Kowitz, Ryan Landes, Sean Leonard, Patrick Marsden, Mike Pipkin, Chad Skaggs, Jeff Walters, Shane Ware, and Bob Wuest will be binding on you if you join this lawsuit.

Costs and partial attorney fees for this lawsuit are being voluntarily provided by the Communications Workers of America, AFL-CIO. You will not owe anybody anything whether there is or is not a recovery. If there is a recovery of back pay and/or liquidated damages, no amount of your back pay or damages will be deducted from you or received by the lawyers or CWA. If there is a recovery of attorney fees, CWA will be reimbursed its partial attorney fee payments and any remaining attorney fees will be paid to the lawyers. By joining this lawsuit, you consent to the Communications Workers of America, AFL-CIO, paying the Plaintiffs' lawyers to represent you.

### 8. No Legal Effect by Not joining in This Suit

If you choose not to join this lawsuit, you will not be affected by any judgment or settlement of the Fair Labor Standards Act claims in this case, whether favorable or unfavorable to the class. You will not be entitled to share any

amounts recovered by the class. You will be free to file your own lawsuit, if you wish to do so.

### 9. Right to Consult With Us

If you want to talk with us about this lawsuit, please feel free to call, write or email us from your personal (not work) e-mail account during non-working time:

David Van Os        Email: dvo@vanoslaw.com
Matt Holder         Email: matt@vanoslaw.com
1016 La Posada, Suite 145
Austin, Texas 78752
Telephone:   (512) 452-8683
Facsimile:   (512) 452-8684

Loretta Haggard            Email: lkh@schuchatcw.com
1221 Locust Street, Second Floor
St. Louis, MO 63103
Telephone 314-621-2626
Facsimile 314-621-2386

### 10. Further Information

Further information about this Notice or the lawsuit may be obtained from Plaintiffs' attorneys at the addresses, telephone numbers, facsimile numbers, or e-mail addresses identified above.

**THIS NOTICE AND ITS' CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI DISTRICT, EASTERN DIVISION.**

**THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR THE DEFENDANT'S DEFENSES.**

**PLEASE DO NOT CONTACT THE COURT FOR ANY REASON.**