# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **JOSH KAYSER, et al.,** | § | |
| | § | |
| vs. | § | Case No. 4:10-CV-1495-CDP |
| | § | |
| **SOUTHWEST BELL TELEPHONE** | § | |
| **COMPANY,** | § | |

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, a current or former Premises Technician employed by Southwestern Bell Telephone Company and who served as a Union steward or representative at any time from August 12, 2007 to the present, hereby consent to be a party Plaintiff in the above-captioned lawsuit, which is an action to recover overtime compensation not paid and liquidated damages, and in which the representative Plaintiffs are Josh Kayser, Derek Anderson, Mike Barban, Marty Bethel, Brian Brewer, Carrie Eagan, John Eales, Eric Epperson, Jeff Hayes, Donald Hollins, James Kedley, James Kowitz, Ryan Landes, Sean Leonard, Patrick Marsden, Mike Pipkin, Chad Skaggs, Jeff Walters, Shane Ware, and Bob Wuest.

By my signature below, I designate the above representative Plaintiffs and their attorneys as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs and all other matters pertaining to this lawsuit.

**Please print or type the following information, and return this form by mail in the enclosed self-addressed stamped envelope.**

_____
**Full Name** (Print clearly)

_____          _____
**Signature**                                                                          **Date**

_____
**Address/City/State/Zip**

_____          _____
**Telephone Number**                        **Email Address**

1